**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>     v.<br><br>BRENDA TRINIDAD JAIME-SAINZ,<br><br>          Defendant-Appellant. | No.  16-30248<br><br>D.C. No. 1:16-cr-00114-BLW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief Judge, Presiding

Submitted August 9, 2017[**]

Before:     SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Brenda Trinidad Jaime-Sainz appeals from the district court's judgment and

challenges the 210-month concurrent sentences imposed following her guilty-plea

convictions for conspiracy to distribute methamphetamine, distribution of

methamphetamine, and possession of methamphetamine with intent to distribute,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jaime-Sainz contends that the district court abdicated its responsibility to conduct an independent inquiry as to the extent of the downward departure she should receive for her substantial assistance to the government under U.S.S.G. § 5K1.1. To the contrary, the record reflects that the district court considered arguments from both parties and provided a reasoned basis for its acceptance of the government's two-level downward departure recommendation. *See United States v. Laney*, 189 F.3d 954, 964 (9th Cir. 1999). The court did not err by giving weight to the government's assessment of the value of Jaime-Sainz's assistance. *See* U.S.S.G. § 5K1.1(a)(1) & cmt. n.3; *Laney*, 189 F.3d at 964.

**AFFIRMED.**